474 A.2d 680

English v. DeMarco Family Roofing Corp., Appellant.

Argued November 17, 1983. Joel W. Todd, for appellant; Saul Finestone, for appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Appeal quashed.